# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Patrick Calogero Ingala,<br><br>Defendant | Case No.<br><br>19MJ04949 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of November 19, 2019 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.



Complainant's signature

Monika Uchiyama, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-20-2019

Judge's signature

City and state: Los Angeles, California

ALKA SAGAR   U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Monika Uchiyama, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Patrick Calogero INGALA ("INGALA") for violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am currently assigned to the Long Beach Field Office of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). Based on my training and experience as an ATF Special Agent ("SA"), I am familiar with federal firearm and ammunition laws. I have participated in the seizure of firearms records and other types of evidence that document activities in both the manufacturing and distribution of firearms and/or controlled substances. I have also participated in numerous investigations involving federal and state search and arrest warrants involving

criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, and the illegal distribution of firearms, explosives, and narcotics.

4. To conduct such investigations, I used a variety of investigative techniques and resources, including physical surveillance, interviews, the utilization of undercover agents and informants, and the review of various databases and records. Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with methods used by individuals who are engaged in illegal firearms and/or narcotics to smuggle, safeguard, and store firearms, and to distribute firearms, and/or narcotics.

### III. SUMMARY OF PROBABLE CAUSE

5. On November 19, 2019, agents, detectives, and deputies from ATF, Homeland Security Investigations, Long Beach Police Department and Los Angeles Sheriff's Department executed a federal search warrant at INGALA's home at 5816 Adele Avenue, Whittier, California (the "Search Warrant" case number 2:19-MJ-04793). Law enforcement personnel found a short barreled rifle and five Glock conversion devices from INGALA's safe.

### IV. STATEMENT OF PROBABLE CAUSE

6. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Background**

7.   As stated in greater detail in the affidavit in support of the search warrant, INGALA ordered three Glock conversion devices from a company in China.  On or about November 15, 2018, INGALA received a shipment containing the three Glock conversion devices at his residence at 5816 Adele Avenue, Whittier, California 90606, which INGALA listed as the shipping address for the order.  INGALA emailed the company at umoneybox@hotmail.com to confirm his receipt of the Glock conversion devices.  In that same email, INGALA complained that he did not receive a prior order of Glock conversion devices that he had placed.  Customs and Border Protection ("CBP") records indicated that INGALA previously ordered two Glock conversion devices, however the United States Postal Service tracking records could not confirm delivery of this first order.

8.   On November 19, 2019, law enforcement executed the Search Warrant INGALA's residence at 5816 Adele Avenue, Whittier, California 90606.  A large safe was found in the downstairs living room.  When opened, agents/deputies/detectives found, among other firearms, one short barreled rifle and two white envelopes containing a total of five Glock conversion devices.  The tracking numbers listed on the two envelopes containing the Glock conversion devices matched shipping records obtained from CBP.

9.   INGALA initially was not present during the execution of the search warrant, but he arrived after I contacted him on his cellular phone.  ATF SA Jason D. Hammond advised INGALA of

his <u>Miranda</u> rights, and he agreed to speak to law enforcement, ATF SA Hammond told him that law enforcement officers found a short barrel AR-type rifle in his safe and asked him how long he had that firearm. INGALA stated he has had the rifle since "gunshows were at the Great Western."

10. ATF SA Hammond also asked INGALA if he purchased the short barrel in that configuration or if he had converted the rifle into a short barreled rifle. INGALA stated that he had purchased it as a short barreled rifle. INGALA also stated that the two safes in his residence belonged to him, and that his roommate stored a couple hunting rifles in INGALA's safes. INGALA clarified, however, that only he knew the combination to the safes in his residence.

11. ATF SA Hammond advised INGALA that law enforcement personnel was at his house in search of Glock conversion devices. INGALA stated that he did not know anything about them. When asked how the Glock conversion devices got into one of his safes, INGALA again feigned ignorance. Agents asked if it would help refresh his memory if he looked at the envelopes in which the Glock Conversion devices arrived. In response, INGALA invoked his right to an attorney, and the interview was terminated at this point.

### B. Short Barreled Rifle Measurement

12. On November 19, 2019, I physically reviewed a Rock River Arms rifle that was seized from INGALA's residence. I measured the barrel and determined that the length of the barrel is approximately nine inches. This rifle is therefore a "short

barreled rifle," as defined in 18 U.S.C. § 921(a)(8). Possession of this rifle is a violation of 26 U.S.C. § 5861(d).

### B. Glock Conversion Device

13. On November 19, 2019, ATF SA David Hamilton, a firearm expert, conducted a visual review of the five seized Glock conversion devices and opined that these Glock conversion devices were consistent with other machinegun conversion devices that are intended for use in converting a semiautomatic Glock pistol to a fully automatic machinegun. Based on the visual inspection, SA Hamilton believed that the seized Glock conversion devices are machineguns.

### V. CONCLUSION

14. For all of the reasons described above, there is probable cause to believe that INGALA has committed violations of 18 U.S.C. § 922(o): Illegal Possession of a Machinegun.

_____
Monika Uchiyama, Special Agent
ATF

Subscribed to and sworn before me this 20th day of November, 2019.

_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE